Honorable Judge Pearson

I Akeem Stafford present to this court, my acceptance of responsibility letter. I would first like to apologize to the court for the decisions that landed me in this situation. Furthermore I would also like to apologize to everyone that I have hurt and inconvenienced in this matter.

Let me start off by saying that although I find myself in this situation, I believe that I'm a good person. I've spent my life believing that I had good values and that I was a man of integrity, regardless of the enviornment I came from. I was mistaken, and I'm ashamed to say that I was evtrything but a good man.

My decisions and disregard for the law has placed me in this situation. I've failed myself as a man, I continue to disappoint my family being taken away because of my criminal behavior. Since I've been in custody I have lost my mother someone very dear to me. I have a premature son that needs 24/7 medical attention. More Importantly he needs his father mom

can't handle everything alone. So again I blame myself for making these foolish decisions to take me away from those who love and need me present. During my time here I've taken a good look at myself and the choices that I've made and it pains me to realize that at 38 years old my life has been a failure.

During the remainder of my incarceration I plan to work toward being a better man, making better decisions so when released I can be the man and Father I know I'm capable of being. So again I apologize to the courts for being in this predictament again. I take full responsibility for my actions and can gaurantee that I'm thinking for a change and this will be my last time in trouble.

Respectfully:
Akeem Stafford